IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTAYE MALIK DESHIELDS, : | |
| Petitioner : | |
| : | CIVIL NO. 3:13-CV-1965 |
| v. : | |
| : | (Judge Nealon) |
| JOHN KERESTES, ET AL., : | (Magistrate Judge Schwab) |
| Respondents : | |

## ORDER

**NOW, THIS 12th DAY OF JUNE, 2014,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, (Doc. 16), is **ADOPTED.**

2. Petitioner's Objections, (Doc. 17), to the Report and Recommendation are **OVERRULED.**

3. Respondents' Motion to Dismiss, (Doc. 12), is **GRANTED.**

4. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as untimely.

5. The Clerk of Courts is directed to **CLOSE** this case.

6. There is no basis for the issuance of a certificate of appealability.

*/s/ William Nealon*
**United States District Judge**